**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Shaun Chitty

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Uber Technologies

_____

_____

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 OCT 30 A 9 46

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: Shaun Chitty
Street Address: 35 Smith St
County, City: Irvington
State & Zip Code: NJ 07111
Telephone Number: 862-754-6141

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __Uber Technologies__
Street Address __1455 Market Street__
County, City _____
State & Zip Code __San Francisco__

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal Questions         [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Title 7, Civil Rights Act__

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _____

B. What date and approximate time did the events giving rise to your claim(s) occur? **July 12**

C. Facts: **I was employed by uber for a little over 2 years. Every year I had to be cleared for a Record check, which was criminal and a check of your Motor Vehicle driving Record. Now I also had to take a Record check before even getting cleared to drive for Them. When uber conduct These Record checks they disable you driving App. Therefore your App will not come back on to After the Record Check is complete. Also The Record Check people send Them email to check your status. However when I recieved a email I called CheckR, which They told me I had something on my Criminal Record from over 12 year ago, And I was Already cleared to drive for uber. After calling uber and speaking to someone They told me that I can't drive for Them anymore because of the criminal Charged from 12 years**

[Sidebar prompts: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

- 3 -

## IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

## V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I will Like uber To compensat me for A year of work, I was making uver $500 A week driving for Them, so I Am seeking $26,000 In damages. because I had other opportunities, but However I stayed with uber, cause it was more flexable.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 30 day of Oct, 20 17.

Signature of Plaintiff _Ahun Chitty_
Mailing Address 35 Smith St Apt
BS Irvington NJ
07111
Telephone Number 862-754-6141
Fax Number *(if you have one)* _____
E-mail Address Schit2Left1@aol.com

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff _____