**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102
267.402.3047
Attorneys for Defendant
*Uber Technologies, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN CHITTY, | Civil Action No. 17-9936 |
| Plaintiff, | |
| v. | *Electronically Filed* |
| UBER TECHNOLOGIES, INC. | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff, SHAWN CHITTY, and Defendant, UBER TECHNOLOGIES, INC., hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs and attorneys' fees.  The parties agree that the Court will retain jurisdiction to enforce the terms of the settlement agreement.

DATED this 7th day of May, 2018

Respectfully submitted,                              Respectfully submitted,

___*(SEE ATTACHED SIGNATURE PAGE)*___         */s/ William J. Simmons*_____
Shawn Chitty, Pro Se                                 William J. Simmons, Esquire
35 Smith Street                                      LITTLER MENDELSON, P.C.
Irvington, NJ 07111                                  Three Parkway
                                                     1601 Cherry Street
                                                     Philadelphia, PA 19102
                                                     (t) 267-402-3000
                                                     wsimmons@littler.com

                                                     Attorney for Defendant,
                                                     Defendant Uber Technologies, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of May, 2018, the foregoing Stipulation of

Dismissal was filed with the Court via the Court's Electronic Filing System and same was served

by via federal express overnight mail upon the following:

**SHAWN CHITTY**
35 SMITH STREET
IRVINGTON, NJ 07111

*/s/ William J. Simmons*
William J. Simmons, Esquire

**IT IS SO ORDERED**:


Dated: May _____, 2018                    _____

                                         Judge Claire C. Cecchi

**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
267.402.3047
Attorneys for Defendant
Uber Technologies, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SHAWN CHITTY, | Civil Action No. 17-9936 |
| Plaintiff, | |
| v. | *Electronically Filed* |
| UBER TECHNOLOGIES, INC. | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff, SHAWN CHITTY, and Defendant, UBER TECHNOLOGIES, INC., hereby

stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs and

attorneys' fees. The parties agree that the Court will retain jurisdiction to enforce the terms of

the settlement agreement.

DATED this 7th day of May, 2018

Respectfully submitted,

Shawn Chitty, Pro Se
35 Smith Street
Irvington, NJ 07111

Respectfully submitted,

*/s/ William J. Simmons*
William J. Simmons, Esquire
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street
Philadelphia, PA 19102
(t) 267-402-3000
wsimmons@littler.com

Attorney for Defendant,
Defendant Uber Technologies, Inc.