**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102
267.402.3047
Attorneys for Defendant
*Uber Technologies, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN CHITTY,<br><br>                Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>                Defendant. | Civil Action No. 17-9936<br><br>*Electronically Filed* |

**STIPULATION OF DISMISSAL**

Plaintiff, SHAWN CHITTY, and Defendant, UBER TECHNOLOGIES, INC., hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs and attorneys' fees.  The parties agree that the Court will retain jurisdiction to enforce the terms of the settlement agreement.

DATED this 7th day of May, 2018

Respectfully submitted,

   *(SEE ATTACHED SIGNATURE PAGE)*
Shawn Chitty, Pro Se
35 Smith Street
Irvington, NJ 07111

Respectfully submitted,

 */s/ William J. Simmons*
William J. Simmons, Esquire
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street
Philadelphia, PA 19102
(t) 267-402-3000
wsimmons@littler.com

Attorney for Defendant,
Defendant Uber Technologies, Inc.

LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
267.402.3047
Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN CHITTY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>　　　　　Defendant. | Civil Action No. 17-9936<br><br>*Electronically Filed* |

### STIPULATION OF DISMISSAL

Plaintiff, SHAWN CHITTY, and Defendant, UBER TECHNOLOGIES, INC., hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs and attorneys' fees. The parties agree that the Court will retain jurisdiction to enforce the terms of the settlement agreement.

DATED this 7th day of May, 2018

Respectfully submitted,

_____
Shawn Chitty, Pro Se
35 Smith Street
Irvington, NJ 07111

Respectfully submitted,

/s/ *William J. Simmons*
William J. Simmons, Esquire
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street
Philadelphia, PA 19102
(t) 267-402-3000
wsimmons@littler.com

Attorney for Defendant,
Defendant Uber Technologies, Inc.

**IT IS SO ORDERED**:

Dated: May __8__, 2018

_____

Judge Claire C. Cecchi